IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ronald Payne and Mariah Trepagnier, *On behalf of themselves and those similarly situated,* Plaintiffs, vs. RPM Pizza, LLC; RPM Pizza Midwest, LLC; RPM Pizza Ventures, LLC; RPM Pizza Ventures II, LLC; Doe Corporations 1-10; Glenn Mueller; and Richard Mueller, III; Defendants. | CASE NO. 1:18-cv-01541-TWP-MJD |

MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY,
AND TO COMPEL INDIVIDUAL ARBITRATION

Pursuant to Rules 12(b)(1), (3), and (6), of the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.* ("FAA"), Defendants RPM Pizza, LLC, RPM Pizza Midwest, LLC, RPM Pizza Ventures, LLC, RPM Pizza Ventures II, LLC, Glenn Mueller, and Richard Mueller, III (collectively "Defendants") respectfully move the Court to enter an order compelling Plaintiffs Ronald Payne and Mariah Trepagnier ("Plaintiffs") to arbitrate their claims on an individual basis and dismissing, or in the alternative, staying further litigation pending the outcome of arbitration.

This Motion is made pursuant to the FAA, which requires parties to arbitrate claims in accordance with their arbitration agreements. This Motion is based on the law, the supporting

Memorandum filed with this motion, the exhibits, the declarations, any Reply Memorandum that Defendants may file, and any oral argument the Court may allow at any hearing on this Motion.

    Respectfully submitted,

*/s/ Todd B. Logsdon*
Todd B. Logsdon
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone:  (502) 561-3990
Facsimile:  (502) 561-3991
E-mail:  tlogsdon@fisherphillips.com

J. Hagood Tighe
*(pro hac vice application forthcoming)*
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone:  (803) 255-0000
Facsimile:  (803) 255-0202
E-mail:  htighe@fisherphillips.com

Kathleen McLeod Caminiti
*(pro hac vice application forthcoming)*
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Telephone:  (908) 516-1050
Facsimile:  (908) 516-1051
E-mail:  kcaminiti@fisherphillips.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, I electronically filed the foregoing Motion to Dismiss, or in the Alternative, to Stay, and to Compel Individual Arbitration with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to:

> Jay Meisenhelder, Esq.
> EMPLOYMENT & CIVIL RIGHTS LEGAL SERVICES, P.C.
> 650 North Girls School Road, Suite B20
> Indianapolis, IN  46214
> Telephone:  (317) 231-5193
> Facsimile:  (317) 982-5463
> E-mail:  jaym@ecrls.com
>
> COUNSEL FOR PLAINTIFFS

I further certify that on June 1, 2018, a true and correct copy of the foregoing Motion to Dismiss, or in the Alternative, to Stay, and to Compel Individual Arbitration was served, via United States Mail, postage pre-paid, upon the following:

> Andrew Biller, Esq.
> Andrew Kimble, Esq.
> Philip Krzeski, Esq.
> MARKOVITS, STOCK & DEMARCO, LLC
> 3825 Edwards Road, Suite 650
> Cincinnati, OH  45209
> Telephone:  (513) 651-3700
> Facsimile:  (513) 665-0219
> E-mail:  abiller@msdlegal.com
> E-mail:  akimble@msdlegal.com
> E-mail:  pkrzeski@msdlegal.com
>
> COUNSEL FOR PLAINTIFFS

*/s/ Todd B. Logsdon*
COUNSEL FOR DEFENDANTS
