IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ronald Payne and Mariah Trepagnier,<br><br>*On behalf of themselves and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RPM Pizza, LLC, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-1541-TWP-TAB |

## Order

This matter comes before the Court on Plaintiffs' Motion to Extend their Deadline to Oppose Defendants' Motion to Dismiss or Stay.

The Court, having considered the Plaintiffs' Motion, and being duly advised, now finds that there is good cause to GRANT the motion.

Plaintiffs' deadline to file a memorandum in opposition to Defendants' Motion to Dismiss or Stay is now June 29, 2018 and that Defendants' deadline to submit a reply to Plaintiffs' opposition be extended to July, 13, 2018.

SO ORDERED.

Date: 6/13/2018

                                                                    _____
                                                                    Hon. Tanya Walton Pratt, Judge
                                                                    United States District Court
                                                                    Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF