IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ronald Payne and Mariah Trepagnier,<br><br>*On behalf of themselves and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RPM Pizza, LLC; RPM Pizza Midwest, RPM Pizza Ventures, LLC; RPM Pizza Ventures II, LLC; LLC; Doe Corporations 1-10; Glenn Mueller; and Richard Mueller, III;<br><br>Defendants. | Case No. 1:18-cv-01541-TWP-TAB |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Ronald Payne and Mariah Trepagnier hereby voluntary dismiss their claims without prejudice.

Respectfully submitted,

/s/ Andrew Kimble
Jay Meisenhelder
Employment & Civil Rights Legal Services, P.C.
650 North Girls School Road, Suite B20
Indianapolis, IN 46214
317-231-5193 (Phone)
317-982-5463 (Fax)
(*jaym@ecrls.com*)

Andrew Biller (Lead Counsel)(pro hac vice)

Andrew Kimble (pro hac vice)
Philip Krzeski (pro hac vice)
Markovits, Stock & DeMarco, LLC
3825 Edwards Road, Suite 650
513-651-3700 (Phone)
513-665-0219 (Fax)
(*abiller@msdlegal.com*)
(*akimble@msdlegal.com*)
(*pkrzeski@msdlegal.com*)
www.msdlegal.com

*Counsel for Plaintiff and the putative class*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2018, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Service of this filing will be made on the below ECF-registered counsel by operation of the court's electronic filing system:

Todd B. Logsdon
FISHER &PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3990
Facsimile: (502) 561-3991
E-mail: tlogsdon@fisherphillips.com

J. Hagood Tighe
FISHER &PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202
E-mail: htighe@fisherphillips.com

Kathleen McLeod Caminiti
FISHER &PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Telephone: (908) 516-1050
Facsimile: (908) 516-1051
E-mail: kcaminiti@fisherphillips.com

COUNSEL FOR DEFENDANTS

            *s/ Andrew Kimble*
            Andrew Kimble